**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASCHA LINDEMANN,<br><br>                    Plaintiff,<br><br>            v.<br><br>THE SWEETEST SKIN COMPANY ET AL.,<br><br>                    Defendants. | Case No. 2:25-cv-07438-JC<br><br>**ORDER DISMISSING ACTION** |

      On October 17, 2025, Plaintiff Natascha Lindemann and Defendants The Sweetest Skin Company and Angela Lark filed a Stipulation of Settlement ("Stipulation"), stating the parties have reached a settlement in principle and anticipated that they would finalize a settlement agreement and perform their obligations thereunder, and that Plaintiff would file a file a dismissal within forty-five (45) days.

      Having considered the Stipulation and finding good cause therefor, the Court hereby ORDERS:

      1.    All deadlines governing this action are VACATED.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    2.    The Court DISMISSES the action without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action within forty-five (45) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 45-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

    3.    This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court. Such stipulation shall be filed within the aforementioned 45-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: October 17, 2025                 /s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE